AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

United States of America
v.

Jeffrey Munger

_____
*Defendant*

Case: 1:22–mj–00062
Assigned To: Meriweather, Robin M.
Assign. Date: 3/11/2022
Description: Complaint with Arrest Warrants

)
)

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                          Jeffrey Munger                          ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment    ❏ Superseding Indictment    ❏ Information    ❏ Superseding Information    ☒ Complaint

❏ Probation Violation Petition    ❏ Supervised Release Violation Petition    ❏ Violation Notice    ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted  Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds

40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building

40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

2022.03.15 17:54:56 -04'00'

Date:        03/15/2022
                                                            _____
                                                            *Issuing officer's signature*

City and state:        Washington, D.C.                Robin M. Meriweather, U.S. Magistrate Judge
                                                            *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 3/15/22 , and the person was arrested on *(date)* 3/23/22 at *(city and state)* Goshen, IN : |
| Date: 3/23/22 |
| _____ *Arresting officer's signature* |
| Dale D. Llewellyn Jr, TFO *Printed name and title* |