# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | CASE NO. |
| | : | |
| | : | |
| | : | **VIOLATION:** |
| **JEFFREY L. MUNGER.** | : | 40 U.S.C. § 5104(e)(2)(G) |
| | : | (Parading, Demonstrating, or Picketing in |
| | : | a Capitol Building) |

## I N F O R M A T I O N

The United States Attorney charges that at all relevant times:

### COUNT ONE

On or about January 6, 2021, in the District of Columbia, **JEFFREY L. MUNGER** willfully and knowingly paraded, demonstrated, and picketed in any United States Capitol Building.

(**Parading, Demonstrating, or Picketing in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(G))

          Respectfully submitted,

          MATTHEW M. GRAVES
          United States Attorney
          D.C. Bar No. 481052

          By:   *Cindy J. Cho*
                Cindy J. Cho
                Attorney, detailed to the
                United States Attorney's Office for the
                District of Columbia
                555 Fourth Street, N.W.
                Washington, DC 20530
                (317) 246-0107
                Email: Cindy.Cho@usdoj.gov