UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.     22 cr 123 RDM

JEFFREY MUNGER

CONSENT MOTION TO CONTINUE SENTENCE

Due to medical issues involving both the defendant and counsel, the Pre-Sentence Interview has not been conducted. The Parties are requesting a continuance of Sentence now scheduled for September 19th, 2022 to a date in late October or early November 2022 to permit the interview and the continued disclosure date of the Report. Mr. Munger waives Speedy Sentencing argument.

WHEREFORE we request that this Motion for a brief continuance of Sentence be Granted.

Respectfully submitted,

_____/s/_____

H. Heather Shaner, Esq. #273276
Appointed by the Court
1702 S Street N.W.
Washington, D.C. 20009
Tel. 202 265 8210